FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2022

No. 04-22-00234-CR

April **TOLBERT-DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-4920
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Ms. Debra A. Doolittle is one of the court reporters responsible for preparing, certifying, and filing the reporter's record in this appeal. Ms. Doolittle's record originally was due on May 31, 2022. On June 10, 2022, Ms. Doolittle filed a notification of late record stating she anticipated the record to be fifty pages and should be completed by July 10, 2022 (a Sunday). On June 13, 2022, we granted Ms. Doolittle's request for a forty-day-extension of time and ordered her to file her reporter's record no later than July 11, 2022. Our order stated that, because the length of the record is only fifty pages, further requests for an extension of time will be disfavored in the absence of extraordinary circumstances.

On July 21, 2022, Ms. Doolittle filed another notification of late record citing various reasons for her delay and requesting an extension until July 27, 2022. Ms. Doolittle states the record is twenty pages long, and not fifty pages.

We GRANT Ms. Doolittle's request for an extension of time and ORDER her to file her reporter's record **no later than July 27, 2022**. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court